UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Maria F. Pina
*on behalf of herself and all others similarly situated*

      Plaintiff

     v.                      Civil Action No. 1:21-10107-RGS

Wells Fargo Bank, N.A.
*doing business as*
Wells Fargo Home Mortgage

      Defendant

<u>ORDER OF DISMISSAL</u>

April 21, 2021

<u>STEARNS, D.J.</u>

In accordance with the court's Electronic Order [dkt # 15] issued on April 21, 2021, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

By the court,

<u>/s/ Arnold Pacho</u>
Deputy Clerk